# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1126−5 | User: admin | Date Created: 3/18/2026 |
| Case: 25−82314−CRJ7 | Form ID: 318 | Total: 22 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Melissa W. Mitchell | trustee@melissalegal.com |
| aty | John C. Larsen | john@jlarsenlaw.com |
| aty | William C Poole | williampoole.wcp@outlook.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Christopher Barnes | 165 County Road 127 | Pisgah, AL 35765 | | |
| cr | Ford Motor Credit Company LLC, c/o AIS Portfolio Services, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | | |
| cr | Ford Motor Credit Company LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | | |
| 11758100 | Acima | Attn: Bankruptcy | 13907 Minuteman Dr 5th Floor | Draper, UT 84020 | |
| 11758101 | Caine & Weiner | Attn: Bankruptcy | 5805 Sepulveda Blvd 4th Floor | Sherman Oaks, CA 91411 | |
| 11758102 | Capio Partners, LLC | Attn: Bankruptcy | Po Box 3498 | Sherman, TX 75091 | |
| 11758103 | Credit Coll | Attn: Bankruptcy | 725 Canton Street | Norwood, MA 02062 | |
| 11758104 | CybrCollect Inc. | Attn: Bankruptcy | 2350 South Ave, Ste 101 | La Crosse, WI 54601 | |
| 11758105 | Deborah Jones | 247 Ruby Johnson Dr | Scottsboro, AL 35769 | | |
| 11758096 | First Southern State Bank | Attn: Bankruptcy | Po Box 548 | Stevenson, AL 35772 | |
| 11758110 | HAT Law | 216 W Wood St | Paris, TN 38242 | | |
| 11758106 | Homewood Rentals, LLC | PO Box 726 | Paris, TN 38242 | | |
| 11758107 | Kala Wilks | 649 Liberty Dr. | AL 35798 | | |
| 11758108 | Kevin Wilks | 655 Liberty Dr. | Henagar, AL 35978 | | |
| 11758097 | Lendmark Financial Ser | 2118 Usher St. | Covington, GA 30014 | | |
| 11758098 | Lincoln Automotive Finance | Attn: Bankruptcy | P.O. Box 542000 | Omaha, NE 68154 | |
| 11758111 | Patricia Stewart | 244 S Broad St. | Scottsboro, AL 35768 | | |
| 11758099 | Rfcu Mtg | 220 Wynn Dr | Huntsville, AL 35814 | | |
| 11758109 | Tiffany Williams | c/o SDB Attorneys | PO Box 681109 | Fort Payne, AL 35968 | |

TOTAL: 19